**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Hector RUIZ, Defendant–Appellant.**

**No. 07–40069**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 6, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport Mail Center, Rockport, TX, for Defendant–Appellant.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Hector Ruiz appeals his jury-trial conviction for possession with intent to distribute over 1000 kilograms of marijuana. Ruiz asserts that the district court erred in denying his motion to continue the trial to provide him with additional time to review discovery and prepare for trial. He has not established that the district court abused its discretion or that he suffered serious prejudice as a result of the court's denial of the motion. *See United States v. Scott,* 48 F.3d 1389, 1393 (5th Cir.1995); *United States v. Shaw,* 920 F.2d 1225, 1230

(5th Cir.1991). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.